**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOURE OCTAVEUS PELHAM ) | Case No. 22−32151−KLP |
| ) | Chapter 7 |
| Debtor ) | |

**SECOND MOTION FOR EXTENSION OF TIME FOR**
**FILING LISTS, SCHEDULES, AND STATEMENTS**

COMES NOW the Debtor, by counsel, and files this Second Motion to extend the time for the filing of Debtor's Lists, Schedules and Statements, and in support hereof states as follows:

1. The Debtor filed the Chapter 7 petition herein on August 5, 2022.

2. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, the Debtor's Lists, Schedules, Statements, and Chapter 13 Plan and Related Motions are due on September 2, 2022.

3. The Debtor needs additional time to provide counsel with his income tax returns and other necessary information to complete Debtor's Lists, Schedules and Statements.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time for the filing of Debtor's Lists, Schedules, and Statements to September 16, 2022.

Respectfully submitted,

TOURE OCTAVEUS PELHAM
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

      I certify that on September 2, 2022, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest on the attached mailing matrix.

                                       /s/ James E. Kane
                                       Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TOURE OCTAVEUS PELHAM ) | Case No. 22−32151−KLP |
| ) | Chapter 7 |
| Debtor ) | |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed a Second Motion to extend the time for the filing of the Lists, Schedules, Statements, and Chapter 13 Plan and Related Motions.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within three (3) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    P.O. Box 508
    Richmond, Virginia  23218

- Attend a hearing scheduled for **September 28, 2022 at 9:30 a.m. at 701 East Broad Street, Room 5100, Richmond, VA  23219**. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

- **REMOTE HEARING INFORMATION**:

    Due to the COVID−19 public health emergency, no in-person hearings are being held.

    This hearing will take place remotely through Zoom on the date and time scheduled herein.

    To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.uscourts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

    ***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

    *** **PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                            Respectfully submitted,

                                            TOURE OCTAVEUS PELHAM
                                            By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

    I certify that on September 2, 2022, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest on the attached mailing matrix.

    /s/ James E. Kane
    Counsel for Debtor

```
Aaron's-Corporate
400 Galleria Parkway SE
Ste 300
Atlanta, GA 30339


Account Resolution Services
Attn: Bankruptcy
Po Box 459079
Sunrise, FL 33345


Alliance PP2 FX2 LP
c/o Randolph Boyd et al.
13 East Main Street
Richmond, VA 23219


Choice Recovery
1105 Schrock Road
Suite 700
Columbus, OH 43229


Commonwealth of VA - TAX
P.O. Box 2156
Richmond, VA 23218


Credit Acceptance
25505 W. Twelve Mile Rd
Ste. 3000
Southfield, MI 48034


Creditors Collection Service
Attn: Bankruptcy
Po Box 21504
Roanoke, VA 24018


D. Kent Gilliam
P O. Box 845
Chesterfield, VA 23832


Dwell Richmond LLC
3211 Chamberlayne Ave
Richmond, VA 23227


First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117
```

```
First Progress
Attn: Bankruptcy
Po Box 9053
Johnson City, TN 37615


Gary Alan Martin
8418 Bink Place
Mechanicsville, VA 23111


Internal Revenue Service
Centralized Insolvency Operati
P. O. Box 7346
Philadelphia, PA 19101-7346


Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303


Lafayette Ayers & Whitlock
10160 Staples Mill Road
Suite 105
Glen Allen, VA 23060


Lekeisha Hite
6946 Forest Hill Ave
Richmond, VA 23225


Lendmark Financial Service
1735 North Brown Road
Suite 300
Lawenceville, GA 60043


Mccarthy Burgess & Wol
26000 Cannon Road
Cleveland, OH 44146


Mid Atlantic Finance Co.
4592 Ulmerton Rd
#200
Clearwater, FL 33762


Midwest Recovery Systems
Attn: Bankruptcy
Po Box 899
Florissant, MO 63032
```

Nathaniel A. Scaggs, Esquire
2425 Boulevard, Suite 9
Colonial Heights, VA 23834


Neurologic Associates
10710 Midlothian Tnpk
Ste 138
North Chesterfield, VA 23235


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731


Ortho Virginia
PO Box 35725
Richmond, VA 23235


Patrick R. Pettitt, Esquire
P.O. Box 3472
Hampton, VA 23663


Peoples Advantage Credit Union
Attn: Bankruptcy
Po Box 3180
Petersburg, VA 23805


Phoenix Financial Services, LLC
Attn: Bankruptcy
Po Box 361450
Indianapolis,, IN 46236


Professional Bureau of Collections of Ma
Attn: Bankruptcy
5295 Dtc Parkway
Greenwood Village, CO 80111


Receivable Management Inc
7206 Hull Road
Suite 211
Richmond, VA 23235


Rent A Center
5501 Headquarters Drive
Plano, TX 75024

Teresa L Vetter
7705 Pinehill Drive
Henrico, VA 23228


Tuckaway Child Development
C/o Ballato Law Firm
203 E Cary Street Suite 226
Richmond, VA 23219


U.S. Department of Education
Ecmc/Attn: Bankruptcy
Po Box 16408
Saint Paul, MN 55116


United Consumers Inc
Attn: Bankruptcy Dept
Po Box 4466
Woodbridge, VA 22192


Waypoint Resource Group
Attn: Bankruptcy
301 Sundance Parkway
Round Rock, TX 78681